COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of D. J. W., a Child

Appellate case number:   01-19-00072-CV

Trial court case number:  2016-03523J-A

Trial court:               314th District Court of Harris County

Appellant is appealing from a decree of termination signed on December 18, 2018. This is an accelerated appeal and the notice of appeal is due 20 days after the order is signed. *See* TEX. FAM. CODE § 109.002(a). Thus, the notice of appeal was due on January 7, 2019. Appellant filed the notice of appeal on January 23, 2019.

The appellate court may extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3. The 15th day after the deadline for filing the notice of appeal was January 22, 2019. Appellant filed her notice of appeal on January 23, 2019, and thus, failed to file the notice of appeal within 15 days of the date it was due. Appellant also failed to file the motion for extension within 15 days of the deadline.

Absent a timely-filed notice of appeal, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 928 (Tex. 2005).

Accordingly, this order shall serve as notice that the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a).

The final deadline to file your response is **5:00 p.m., March 22, 2019**. You must respond in writing even if you have previously claimed your notice of appeal was timely filed.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ____March 12, 2019_